# Exhibit A

Case Number: 205100090493

| | | |
|---|---|---|
| Christopher Eustice | § | In the Justice Court |
| Plaintiff | § | Harris County, Texas |
| vs. | § | Precinct 5, Place 1 |
| TRANSWORLD SYSTEMS INC. | § | 6000 Chimney Rock Road |
| Defendant | § | Suite 102 |
| | § | Houston, TX 77081 |
| | § | 713-661-2276 |

**Citation via Certified Mail (Small Claims Case)**

THE STATE OF TEXAS
COUNTY OF HARRIS

TO: **ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

TRANSWORLD SYSTEMS INC.
1999 Bryan St Ste 900
Dallas TX 75201
Serve- C.T. Corporation System

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 02/27/2020

Nature of demand made by Plaintiff(s): money owed in the amount of $10,000.00. A copy of the petition is attached.

**Notice**

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 3/6/2020



/s/ Stacy Sustaita
Clerk of the Court
Harris County Justice Court
Precinct 5, Place 1

Address of Plaintiff
655 West Forest Dr
Houston TX 77079

Address of Plaintiff's Attorney
Christopher Eustice
655 West Forest Dr
Houston TX 77079

JUKUT

RECEIVED OR FILED
JUSTICE OF THE PEACE 5-1
HARRIS COUNTY, TEXAS
2/27/2020 6:31 PM

**Small Claims Petition**

NO. 205100090493

Christopher D. Eustice § In the Justice Court of Harris County, Texas
§ Precinct 5 Place 1
§
Plaintiff(s) §
vs. §
TRANSWORLD SYSTEMS INC. §
§
§
Defendant(s) §

*Plaintiff:* Christopher D. Eustice

Describe the legal nature of the plaintiff *(e.g., individual, sole proprietorship, partnership, corporation)*
Individual

*Defendant:* TRANSWORLD SYSTEMS INC.
Address: 500 Virginia Dr., Suite 514
City: Ft. Washington State: PA Zip: 19034 Date of Birth *(if applicable):*

Describe the legal nature of the defendant *(e.g., individual, sole proprietorship, partnership, corporation)*
Corporation

*Defendant may be served by serving CT CORPORATION SYSTEM
*(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company),* who may be served at
1999 Bryan St., Ste. 900   Dallas, TX 75201-3136 USA
*(state the address for service of process).*
The defendant's usual place of business or residence, or other place where defendant can probably be found is

**Cause of Action**
*(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)*

Unlawful collection attempts have been made by the Defendant on a $50 debt not owed by plaintiff. Violations of including but not limited to: FCRA Section 605(C), FDCPA Section 807(8), FDCPA Section 807, FDCPA Section 805(C), FDCPA Section 809(b), FTC Opinion Letter Cass from LeFevre, FDCPA Section 805(A)(1), FDCPA Section 805(A)(3), FDCPA Section 805(b), FDCPA Section 806, FDCPA Section 807, and FDCPA Section 811(A)(2)

**Relief Requested** *(Describe the relief you are requesting, itemizing the amount of damages you are seeking.)*
$10,000 Monetary Damages

Respectfully submitted,
*Chris Eustice*
Signature of Plaintiff or Plaintiff's Attorney of Record
Printed Name: Christopher D. Eustice
State Bar No.
Address: 655 West Forest Dr.   Houston, TX 77079
Telephone: 832-259-1634   Fax Number:
E-Mail Address: chris.eustice@sbcglobal.net

☑ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

RECEIVED OR FILED
JUSTICE OF THE PEACE 5-1
HARRIS COUNTY, TEXAS
2/27/2020 6:31 PM

## JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| Name: Christopher D. Eustice | Telephone: 832-259-1634 | Plaintiff(s): Christopher D. Eustice |
| Address: 655 West Forest Dr. | Fax: | |
| City/State/Zip: Houston, TX 77079 | State Bar No: | Defendant(s): TRANSWORLD SYSTEMS INC. |
| Email: chris.eustice@sbcglobal.net | | [Attach additional page as necessary to list all parties] |
| Signature: *Chris Eustice* | | |

**3. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| ☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ **Eviction:** An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |
|---|---|
| ☐ **Repair and Remedy**: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☑ **Small Claims:** A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |

Case Number: _____

| | | |
|---|---|---|
| Christopher D Eustice | § | In the Justice Court |
| Plaintiff | § | Harris County, Texas |
| vs. | § | Precinct __5__, Place __1__ |
| | § | |
| | § | |
| _____ | § | |
| Defendant | § | |

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: __Christopher__ __David__ __Eustice__    My date of birth is: _09_ / _02_ / _1993_
                    First         Middle      Last                                  Month/Day/Year

My address is: (Home) __655 West Forest Dr. Houston, TX 77079__
              (Mailing) __655 West Forest Dr. Houston, TX 77079__

My phone number: __832-259-1634__    My email: __chris.eustice@sbcglobal.net__

About my **dependents:** "The people who depend on me financially are listed below.

| Name | | | Age | Relationship to Me |
|---|---|---|---|---|
| 1 David | Robert | Eustice | 68 | Retired Father |
| 2 2 Dogs and 2 Cats | | | | House Pets |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☒ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☐ Food stamps/SNAP     ☐ TANF ☐ Medicaid     ☐ CHIP     ☐ SSI ☐ WIC     ☐ AABD
☐ Public Housing or Section 8 Housing     ☐ Low-Income Energy Assistance     ☐ Emergency Assistance
☐ Telephone Lifeline     ☐ Community Care via DADS     ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☒ Other: _____

### 4. What is your monthly income and income sources?

"I get this monthly income:

$ __N/A__ in monthly wages. I work as a __President/CEO__ for __OpticsandAmmo, LLC__.
Your job title    Your employer

$ __0__ in monthly unemployment. I have been unemployed since (date)_____.

$ __500__ in public benefits per month.

$ __0__ from other people in my household each month: (List only if other members contribute to your household income.)

$ __0__ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
☐ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household (If available)

$ __N/A__ from other jobs/sources of income. (Describe) _____

$ __N/A__ is my **total monthly** income.   Net Income was Negative $25000 in April 2019

### 5. What is the value of your property?

"My **property** includes:           Value*
Cash                                $ __N/A__
Bank accounts, other financial assets
__$45,000 in personal__             $ __$45,000__
__bank accounts__                   $ _____
_____            $ _____
Vehicles (cars, boats) (make and year)
__I do not own the__                $ _____
__title to any vehicles__           $ _____
_____            $ _____
Other property (like jewelry, stocks, land, another house, etc.)
__My parents own everything__       $ __N/A__
_____            $ _____
_____            $ _____

**Total value of property** $ Not Sure

### 6. What are your monthly expenses?

"My **monthly expenses** are:                       Amount
Rent/house payments/maintenance                     $ _____
Food and household supplies                         $ _____
Utilities and telephone                             $ _____
Clothing and laundry                                $ _____
Medical and dental expenses                         $ _____
Insurance (life, health, auto, etc.)                $ _____
School and child care                               $ _____
Transportation, auto repair, gas                    $ _____
Child / spousal support                             $ _____
Wages withheld by court order                       $ _____
Debt payments paid to: (List)                       $ _____
_____                    $ _____
_____                    $ _____

**Total Monthly Expenses** $ 20,000

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

### 7. Are there debts or other facts explaining your financial situation?

"My **debts** include: (List debt and amount owed) __I have a lot of debt from college and business expenses. I'm a full time college student and I've been a full time college student for the past 7 years. My father is retired and my mother may retire soon. I have medical expenses from a physical injury and other legal expenses.__"

If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts." **Check here if you attach another page.** ☐

### 8. Declaration

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☑ I cannot afford to pay court costs.
☑ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is __Christopher D Eustice__.  My date of birth is: __09__ / __02__ / __1993__.

My address is __655 West Forest Dr.__   __Houston,__   __TX__   __77079__   __USA__
              Street                     City        State    Zip Code   Country

▶ _Chris Eustice_ signed on __2__ / __13__ / __20__ in __Harris__ County, __TX__
Signature                     Month/Day/Year        county name       State

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                                    Page 2 of 2